UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BANC OF CALIFORNIA SECURITIES LITIGATION | Case No. _____ <br><br> CASE NO. SACV 17-00118 AG (DFMx) consolidated with <br> SACV 17-00138 AG (DFMx) <br> Pending in the Central District of California |

**NOTICE OF HEARING ON DEFENDANT SUGARMAN'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS**

**PLEASE TAKE NOTICE**, that on a date and time to be determined by the Court, the undersigned shall move the Court for an Order, pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37.1, compelling non-parties Castalian Partners Value Fund LP and James Gibson (collectively, "Respondents") to produce documents responsive to the Subpoenas to Produce Documents served on Respondents by Defendant Steven Sugarman ("Sugarman") in *In Re Banc of California Sec. Litig.*, Civil Action No. SACV 17-00118 AG (DFMx) consolidated with SACV 17-00138 AG (DFMx), currently pending in the United States District Court for the Central District of California.

Dated:  September 12, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**FOX ROTHSCHILD**

Of Counsel:　　　　　　　　　　　　　　By:  s/Samuel J. Tunheim
　　　　　　　　　　　　　　　　　　　　　　Bret A. Puls  (#305157)
**LATHAM & WATKINS LLP**　　　　　　　　Samuel J. Tunheim (#397717)
Manuel A. Abascal
(manny.abascal@lw.com)　　　　　　　　Campbell Mithun Tower
Brian Glennon　　　　　　　　　　　　　222 South Ninth Street, Suite 2000
(brian.glennon@lw.com)　　　　　　　　Minneapolis MN 55402-3338
Kristen Tuey　　　　　　　　　　　　　Telephone: (612) 607-7000
(kristen.tuey@lw.com)　　　　　　　　　Facsimile: (612) 607-7100
355 South Grand Avenue, Suite 100　　Email:  bpuls@foxrothschild.com
Los Angeles, CA 90071-1560　　　　　　　　　　　stunheim@foxrothschild.com
(213) 485-1234

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Steven A. Sugarman*

Michele D. Johnson
(michele.johnson@lw.com)
Andrew R. Gray
(andrew.gray@lw.com)
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
(714) 540-1235