UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BANC OF CALIFORNIA SECURITIES LITIGATION | Case No. _____<br><br>CASE NO. SACV 17-00118 AG (DFMx) consolidated with<br>SACV 17-00138 AG (DFMx)<br>Pending in the Central District of California |

### DECLARATION OF ANDREW GRAY

I, Andrew R. Gray, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of Latham & Watkins LLP, counsel for Defendant Steven Sugarman ("Sugarman"). I submit this declaration in support of Sugarman's Motion to Compel Compliance with Subpoenas. I have personal knowledge of the matters stated herein and would testify competently about them if called upon to do so

2. On behalf of Mr. Sugarman, my law firm served Subpoenas to Produce Documents on Castalian Partners Value Fund LP and James Gibson (collectively, "Respondents") on July 17, 2018.

3. Attached as **Exhibit 1** is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action served on Respondent Castalian Partners Value Fund LP on July 17, 2018.

4. Attached as **Exhibit 2** is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action served on Respondent James Gibson on July 17, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 12, 2018

_____
Andrew R. Gray