**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE BANC OF CALIFORNIA SECURITIES LITIGATION | Case No. _____ |
| | CASE NO. SACV 17-00118 AG (DFMx) consolidated with SACV 17-00138 AG (DFMx) Pending in the Central District of California |

## MEET-AND-CONFER STATEMENT

The undersigned certifies that Defendant Steven Sugarman ("Sugarman") has in good faith conferred with non-parties Castalian Partners Value Fund LP and James Gibson (collectively, "Respondents") through telephonic conferences on August 28, 2018 and September 10, 2018, and written correspondence exchanged on August 7, 15, 28, 30, 31, 2018 and September 1, 2, 4 and 7, 2018 in an effort to obtain without court action the discovery that is the subject of Sugarman's Motion to Compel Compliance with Subpoenas.

As a result of the meet-and-confer process, the parties do **not** agree on the resolution of any part of Sugarman's Motion to Compel Compliance with Subpoenas.

Dated:  September 12, 2018

Of Counsel:

**LATHAM & WATKINS LLP**
Manuel A. Abascal
(manny.abascal@lw.com)
Brian Glennon
(brian.glennon@lw.com)
Kristen Tuey
(kristen.tuey@lw.com)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
(213) 485-1234

Michele D. Johnson
(michele.johnson@lw.com)
Andrew R. Gray
(andrew.gray@lw.com)
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
(714) 540-1235

Respectfully submitted,

**FOX ROTHSCHILD**

By:  s/Samuel J. Tunheim
  Bret A. Puls  (#305157)
  Samuel J. Tunheim (#397717)

  Campbell Mithun Tower
  222 South Ninth Street, Suite 2000
  Minneapolis MN 55402-3338
  Telephone: (612) 607-7000
  Facsimile: (612) 607-7100
  Email:  bpuls@foxrothschild.com
    stunheim@foxrothschild.com

*Counsel for Defendant Steven A. Sugarman*

2