# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE BANC OF CALIFORNIA
SECURITIES LITIGATION

Case No. _____

CASE NO. SACV 17-00118 AG (DFMx)
consolidated with
SACV 17-00138 AG (DFMx)
Pending in the Central District of California

## CERTIFICATE OF SERVICE FOR SERVICE BY MAIL

I hereby certify that on September 12, 2018, I caused the following documents:

1. Motion to Compel Compliance with Subpoenas;
2. Civil Cover Sheet, with Attachment;
3. Notice of Hearing on Motion to Compel Compliance with Subpoenas;
4. Declaration of Andrew Gray, with Exhibits A and B; and
5. Meet and Confer Statement

to be filed electronically with the Clerk of Court through ECF and that I caused a copy of

the foregoing documents and the notice of electronic filing to be sent by electronic mail

and by first class mail, postage paid, to the following non-ECF participants:

Aaron G. Thomas, Esq.
Charles B. Rogers, Esq.
Ruvin S. Jayasuriya, Esq.
Briggs and Morgan
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
athomas@briggs.com
crogers@briggs.com
rjayasuriya@briggs.com

Joel D. Van Nurden, Esq.
Van Nurden Law, PLLC
1515 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN 55402
joel@vannurdenlaw.com

Dated:  September 12, 2018  **FOX ROTHSCHILD**

By:  s/Samuel J. Tunheim

Of Counsel:    Bret A. Puls  (#305157)
    Samuel J. Tunheim (#397717)

**LATHAM & WATKINS LLP**
Manuel A. Abascal    Campbell Mithun Tower
(manny.abascal@lw.com)    222 South Ninth Street, Suite 2000
Brian Glennon    Minneapolis MN 55402-3338
(brian.glennon@lw.com)    Telephone: (612) 607-7000
Kristen Tuey    Facsimile: (612) 607-7100
(kristen.tuey@lw.com)    Email:  bpuls@foxrothschild.com
355 South Grand Avenue, Suite 100        stunheim@foxrothschild.com
Los Angeles, CA 90071-1560
(213) 485-1234    *Counsel for Defendant Steven A. Sugarman*

Michele D. Johnson
(michele.johnson@lw.com)
Andrew R. Gray
(andrew.gray@lw.com)
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
(714) 540-1235