**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE BANC OF CALIFORNIA SECURITIES LITIGATION | Case No. 0:18-mc-00076-WMW-KMM |
| | CASE NO. SACV 17-00118 AG (DFMx) consolidated with SACV 17-00138 AG (DFMx) Pending in the Central District of California |

**AMENDED NOTICE OF HEARING ON DEFENDANT SUGARMAN'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS**

**PLEASE TAKE NOTICE** that on October 22, 2018, at 3:30 p.m., before the Honorable Katherine M. Menendez, in Courtroom 8E of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, the undersigned shall move the Court for an Order, pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37.1, compelling non-parties Castalian Partners Value Fund LP and James Gibson (collectively, "Respondents") to produce documents responsive to the Subpoenas to Produce Documents served on Respondents by Defendant Steven Sugarman ("Sugarman") in *In Re Banc of California Sec. Litig.*, Civil Action No. SACV 17-00118 AG (DFMx) consolidated with SACV 17-00138 AG (DFMx), currently pending in the United States District Court for the Central District of California.

Dated:  September 14, 2018

Of Counsel:

**LATHAM & WATKINS LLP**
Manuel A. Abascal
(manny.abascal@lw.com)
Brian Glennon
(brian.glennon@lw.com)
Kristen Tuey
(kristen.tuey@lw.com)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
(213) 485-1234

Michele D. Johnson
(michele.johnson@lw.com)
Andrew R. Gray
(andrew.gray@lw.com)
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
(714) 540-1235

Respectfully submitted,

**FOX ROTHSCHILD**

By:  s/Samuel J. Tunheim
    Bret A. Puls  (#305157)
    Samuel J. Tunheim (#397717)

    Campbell Mithun Tower
    222 South Ninth Street, Suite 2000
    Minneapolis MN 55402-3338
    Telephone: (612) 607-7000
    Facsimile: (612) 607-7100
    Email:  bpuls@foxrothschild.com
           stunheim@foxrothschild.com

*Counsel for Defendant Steven A. Sugarman*