UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE BANC OF CALIFORNIA
SECURITIES LITIGATION

Case No. 0:18-mc-00076-WMW-KMM

**[PROPOSED] ORDER
COMPELLING PRODUCTION**

The Court, having considered Steven A. Sugarman's Motion to Compel Production, all supporting declarations and pleadings and papers filed in this action, and for good cause shown, hereby grants Steven A. Sugarman's Motion to Compel Production.

**IT IS SO ORDERED**.

Dated: _____    BY THE COURT:

_____
Kate M. Menendez
U.S. Magistrate Judge