UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BANC OF CALIFORNIA SECURITIES LITIGATION, | Case No. 0:18-mc-00076-WMW-KMM <br><br> **LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Aaron G. Thomas, certify that Castalian Partners Value Fund LP and James Gibson's Memorandum of Law in Opposition to Steven Sugarman's Motion to Compel complies with the length limitation imposed by Local Rule 7.1(f) and the type size limitation imposed by Local Rule 7.1(h). The Memorandum of Law has been prepared in size 13 font using Microsoft Word 2010, and it consists of 7,726 words.

I relied on the word count tool in Microsoft Word 2010, applied specifically to include all text, including headings, footnotes and quotations, to determine the number of words contained in the Memorandum of Law.

Dated: October 12, 2018 **BRIGGS AND MORGAN, P.A.**

By: *s/ Aaron G. Thomas*
 Charles B. Rogers (#130588)
 Aaron G. Thomas (#0389011)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
Telephone: (612) 977-8400
Fax: (612) 977-8650
Email: athomas@briggs.com

**ATTORNEYS FOR RESPONDENTS**

11143784v1

2