UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BANC OF CALIFORNIA SECURITIES LITIGATION | Case No. 0:18-mc-00076-WMW-KMM<br><br>**[PROPOSED] ORDER DENYING MOTION TO COMPEL PRODUCTION** |

The Court, having considered Steven A. Sugarman's Motion to Compel Production, all supporting declarations and pleadings and papers filed in this action, hereby denies Steven A. Sugarman's Motion to Compel Production in its entirety.

**IT IS SO ORDERED**.

Dated: _____        BY THE COURT:

                                                                    _____
                                                                    The Honorable Kate M. Menendez
                                                                    U.S. Magistrate Judge

11143552v1