## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BANC OF CALIFORNIA SECURITIES LITIGATION | Case No. 0:18-mc-00076<br><br>CASE NO. SACV 17-00118 AG (DFMx) consolidated with<br>SACV 17-00138 AG (DFMx)<br>Pending in the Central District of California |

TO: District Clerk of Court and Counsel of Record.

PLEASE TAKE NOTICE that Jordan L. Weber of Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, hereby appears as counsel of record for Respondents Castalian Partners Value Fund LP and James Gibson.

Dated: October 22, 2018                     **BRIGGS AND MORGAN, P.A.**

By:    s/ *Jordan L. Weber*
     Charles B. Rogers   (#130588)
     Aaron G. Thomas   (#0389011)
     Jordan L. Weber   (#0396769)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
Telephone:   (612) 977-8400
Fax:         (612) 977-8650
Email:       crogers@briggs.com
             athomas@briggs.com
             jweber@briggs.com

**Attorneys for Respondents**
**Castalian Partners Value Fund LP**
**and James Gibson**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of October, 2018, I caused to be electronically filed the foregoing Notice of Appearance of Jordan L. Weber with the Clerk of Court through the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing systems. Parties may access the filings through the Court's CM/ECF system.

s/ *Jordan L. Weber*
Jordan L. Weber