# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# MOTION HEARING

In re Banc of California Securities Litigation

**COURT MINUTES**
BEFORE: Kate Menendez
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 18-mc-76-WMW-KMM |
| Date: | October 22, 2018 |
| Location: | Courtroom 8E, Minneapolis |
| Digital Recording: | 3:34 PM–4:39 PM |
| Time Commenced: | 3:34 PM |
| Time Concluded: | 4:39 PM |
| Time in Court: | 1 hour, 5 minutes |

**APPEARANCES:**

For Movants: Andrew Gray, Latham and Watkins, LLP and Bret Puls, Fox Rothschild, LLP

For Respondents: Aaron Thomas and Jorden Weber, Briggs and Morgan

**HEARING ON:**

(1) Motion to Compel Compliance with Subpoenas, ECF No. 1.

Oral argument was heard by the Court.  A written order will follow.

s/*Lisa Colburn*
Signature of Law Clerk