UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Banc of California Securities Litigation | Case No. 18-mc-0076 (WMW/KMM) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the December 13, 2018 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 37.) Objections have not been filed in the time period permitted. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the December 13, 2018 R&R, (Dkt. 37), is **ADOPTED** and this case is **TRANSFERRED** to the United States District Court for the Central District of California.

Dated:  February 7, 2019                              s/Wilhelmina M. Wright
                                                                        Wilhelmina M. Wright
                                                                        United States District Judge