| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Manuel A. Abascal (Bar No. 171301)<br>*manny.abascal@lw.com* |
| 3 | Brian T. Glennon (Bar No. 211012)<br>*brian.glennon@lw.com* |
| 4 | Kristen M. Tuey (Bar No. 252565)<br>k*risten.tuey@lw.com* |
| 5 | 355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560 |
| 6 | Tel: (213) 485-1234<br>Fax: (213) 891-8763 |
| 7 | LATHAM & WATKINS LLP |
| 8 | Michele D. Johnson (Bar No. 198298)<br>*michele.johnson@lw.com* |
| 9 | Andrew R. Gray (Bar No. 254594)<br>*andrew.gray@lw.com* |
| 10 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925 |
| 11 | Tel: (714) 540-1235<br>Fax: (714) 755-8290 |
| 12 | Attorneys for Defendant |
| 13 | Steven A. Sugarman |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Castalian Partners Value Fund LP et al | CASE NO. 8:19-mc-00005 DOC (JDEx)<br><br>**DEFENDANT STEVEN A. SUGARMAN'S NOTICE OF RELATED CASES**<br><br>**[L.R. 83-1.3]**<br><br>[Related to: 8:17-00118 AG (DFMx) consolidated with 2:17-00138 AG (DFMx) and 2:18-mc-00147 AG (DFMx)] |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83-1.3, please take notice that the above-captioned action is related to other actions pending before the United States District Court for the Central District of California, entitled *In re Banc of California Securities Litigation* (Case No.8:17-00118-AG (DFMx), consolidated with 2:17-00138 AG (DFMx), and *In re Subpoenas to Muddy Waters Capital LLCP, MLAF LP, and SS&C Technologies, Inc.*, Case No. 2:18-mc-00147 AG (DFMx). These actions should be related because the subpoenas at issue were issued in connection with the *In re Banc of California* Securities litigation, Case No. 8:17-00118-AG (DFMx).  See L.R. 83-1.3.

Accordingly, these actions should be related pursuant to Local Rule 83-1.3.

Dated:  February 13, 2019                LATHAM & WATKINS LLP

By: */s/ Andrew Gray*
Andrew Gray
*Attorney for Defendant Steven A. Sugarman*