UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 8:19-mc-00005-AG (DFMx) | Date: | February 19, 2019 |
|---|---|---|---|
| Title | In re Banc of California Securities Litigation | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order re Sugarman's Motion to Compel (Dkt. 1)

Before the Court is a motion to compel compliance with subpoenas served on third parties Castalian Partners Value Fund LP and James Gibson ("Respondents") by Steven A. Sugarman ("Sugarman") in the underlying case In re Banc of California Securities Litigation, No. 17-118 (C.D. Cal.). See Dkt. 1 ("Motion").[1]

The underlying subpoenas are identical to those issued by Sugarman in the related case In re Subpoenas to Muddy Waters Capital LLCP, MLAF LP, and SS&C Technologies, Inc., No. 18-147 (C.D. Cal.). For the reasons stated in the Court's January 8, 2019 Order (Dkt. 31), the Motion is GRANTED IN PART AND DENIED IN PART. Respondents are ORDERED to produce documents responsive to Requests 2 and 3 within twenty-one (21) days of the date of this order.[2] The documents must be designated attorneys' eyes only pursuant to the existing protective order in the underlying case. See In re Banc, Dkt. 83.

---

[1] The Motion was transferred from the District of Minnesota to the Central District of California on February 7, 2019. See Dkt. 38.

[2] Request No. 2 seeks all documents reflecting Respondents' transactions in securities of Banc. Request No. 3 seeks all documents reflecting Respondents' decision to enter into any transactions in securities of Banc. See Dkt. 16, Exs. 7, 8.